# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

JAMASCA DARTEZ MANSON,

    Plaintiff

vs.

Head Nurse SHIRLEY LEWIS, *et al.*

    Defendants

NO. 7:11-CV-82 (HL)

**O R D E R**

    Plaintiff **JAMASCA DARTEZ MANSON**, while confined at the Lowndes County Jail ("LCJ"), filed the instant *pro se* civil rights action under 42 U.S.C. § 1983 (Doc. 2) and a motion to proceed *in forma pauperis* (Doc 1). On July 5, 2011, this Court granted Plaintiff's motion to proceed IFP and ordered him to pay an initial partial filing fee of $5.00 (Doc. 5). Plaintiff was instructed to pay the fee within 21 days, and was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed. The 21 days have now elapsed and Plaintiff has filed no response to the Court's July 5th Order.

    On July 27, 2011, a staff attorney at this Court called the LCJ and learned that Plaintiff is no longer confined there. Plaintiff has not notified this Court of his release or his whereabouts. As this Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

    **SO ORDERED**, this 28th day of July, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr